UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HEINER ACEVEDO,

                Plaintiff,           22 **CIVIL** 10931 (CS)(JCM)

    -v-                            **JUDGMENT**

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated August 1, 2023, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including, if necessary, a new hearing and decision. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:**  New York, New York

     August 2, 2023

                                                        **RUBY J. KRAJICK**

                                                        _____
                                                             **Clerk of Court**

                              **BY:**

                                                             _____
                                                             **Deputy Clerk**